JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Couse,<br><br>    Plaintiffs,<br><br> vs.<br><br>ConServe; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 10-cv-04407-SVW (VBKx)<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |

The Court has reviewed the Stipulation of Plaintiff EDWIN COUSE and Defendant CONSERVE ("Conserve") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**1**

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its/her/their own costs and expenses, including attorneys fees.

**IT IS SO ORDERED**

DATED: 11/08/10   _____
UNITED STATES DISTRICT JUDGE

2

06381.00/168833                                                              [PROPOSED] ORDER RE
                                                                             STIPULATION RE DISMISSAL, etc.
                                                                             CASE NO. 10-cv-04407-SVW (VBKx)